**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**IN THE MATTER OF:**
**Victor Hugo Padilla**                              **CASE NO.: 23-19725-PDR**
                                                      **CHAPTER 11**


_____**Debtor**_____/

**DEBTOR'S MONTHLY OPERATING REPORT FOR THE PERIOD**
**BEGINNING NOVEMBER 1, 2024, THROUGH NOVEMBER 12, 2024**

       Debtor-in-Possession, Victor Hugo Padilla., ("Debtor"), by and through undersigned counsel, files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.


Dated: January 13, 2025


Victor Hugo Padilla
14101 Luray Road
Southwest Ranches, Florida 33330

                                               Submitted by:

                                               /s/ Rachamin Cohen_____
                                               Rachamin "Rocky" Cohen, Esq.
                                               Attorney for Debtor
                                                 Florida Bar No. 96305
                                               1801 NE 123rd Street, Suite 314
                                             Fort Lauderdale, FL 33301
                                             Telephone: 305-570-2326
                                             Email: rocky@lawcls.com

# UNITED STATES BANKRUPTCY COURT

SOUTHERN  DISTRICT OF  FLORIDA

Fort Lauderdale Division

In Re. VICTOR HUGO PADILLA

§
§
§
§

Case No.  23-19725

Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/12/2024

Petition Date: 11/27/2023

Months Pending: 12

Industry Classification: | 0 | 0 | 0 | 1 |

Reporting Method:          Accrual Basis ⦿          Cash Basis ○

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/VICTOR HUGO PADILLA

Signature of Responsible Party

01/06/2025

Date

VICTOR HUGO PADILLA

Printed Name of Responsible Party

14101 LURAY ROAD, SW RANCHES, FL, 33330

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name | VICTOR HUGO PADILLA | Case No. | 23-19725 |
| --- | --- | --- | --- |

| **Part 1: Cash Receipts and Disbursements** | **Current Month** | **Cumulative** |
| --- | --- | --- |
| a. Cash balance beginning of month | $4,479 | |
| b. Total receipts (net of transfers between accounts) | $710 | $0 |
| c. Total disbursements (net of transfers between accounts) | $1,009 | $0 |
| d. Cash balance end of month (a+b-c) | $4,180 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $1,009 | $0 |

| **Part 2: Asset and Liability Status** (Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** | |
| --- | --- | --- |
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 | |
| d Total current assets | $0 | |
| e. Total assets | $0 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $0 | |
| n. Total liabilities (debt) (j+k+l+m) | $0 | |
| o. Ending equity/net worth (e-n) | $0 | |

| **Part 3: Assets Sold or Transferred** | **Current Month** | **Cumulative** |
| --- | --- | --- |
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| **Part 4: Income Statement (Statement of Operations)** (Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** | **Cumulative** |
| --- | --- | --- |
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  VICTOR HUGO PADILLA

Case No.  23-19725

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Other | $0 | $0 | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  VICTOR HUGO PADILLA                                   Case No.  23-19725

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |

Debtor's Name  VICTOR HUGO PADILLA                                          Case No.  23-19725

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | $0 | $0 | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| | i | | Other | $0 | $0 | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name  VICTOR HUGO PADILLA                                      Case No.  23-19725

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  VICTOR HUGO PADILLA                              Case No.  23-19725

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  VICTOR HUGO PADILLA                                    Case No.  23-19725

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯   No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯   No ◉

c.  Were any payments made to or on behalf of insiders?    Yes ◯   No ◉

d.  Are you current on postpetition tax return filings?    Yes ◉   No ◯

e.  Are you current on postpetition estimated tax payments?    Yes ◉   No ◯

f.  Were all trust fund taxes remitted on a current basis?    Yes ◉   No ◯

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯   No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ◯   No ◯   N/A ◉

i.  Do you have:          Worker's compensation insurance?    Yes ◯   No ◉

                  If yes, are your premiums current?    Yes ◯   No ◉   N/A ◯   (if no, see Instructions)

             Casualty/property insurance?    Yes ◉   No ◯

                  If yes, are your premiums current?    Yes ◉   No ◯   N/A ◯   (if no, see Instructions)

             General liability insurance?    Yes ◉   No ◯

                  If yes, are your premiums current?    Yes ◉   No ◯   N/A ◯   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ◯   No ◉

k.  Has a disclosure statement been filed with the court?    Yes ◉   No ◯

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉   No ◯

Debtor's Name VICTOR HUGO PADILLA                                    Case No.  23-19725

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $710 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $710 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $1,009 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $1,009 |
| j. | Difference between total income and total expenses (d-i) | $-299 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/VICTOR HUGO PADILLA                                      VICTOR HUGO PADILLA
_____                 _____
Signature of Responsible Party                              Printed Name of Responsible Party

Debtor                                                              10/24/2024
_____                 _____
Title                                                               Date

Debtor's Name VICTOR HUGO PADILLA                                    Case No. 23-19725



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  VICTOR HUGO PADILLA                                    Case No.  23-19725

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  VICTOR HUGO PADILLA                                        Case No.  23-19725



PageThree



PageFour

**Regions** Bank
Weston
1501 Bonaventure Blvd.
Weston, FL 33326

VICTOR H PADILLA
DEBTOR IN POSSESSION ACCOUNT
CASE: 23-19725-PDR
14101 LURAY RD
SOUTHWEST RANCHES FL 33330-3634

**ACCOUNT #**                5177

|  |  |
|---|---|
|  | 092 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 1 of 5 |

## LIFEGREEN EACCESS ACCOUNT
October 24, 2024 through November 20, 2024

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$11.88** | Minimum Balance | $20 |
| Deposits & Credits | $5,772.47 + | Average Balance | $347 |
| Withdrawals | $4,901.68 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $744.08 − | | |
| **Ending Balance** | **$138.59** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/24 | Zelle Credit From Tax Planning Ref# 429800n011l2 | 650.00 |
| 10/28 | Zelle Credit From Tax Planning Ref# 430000b0k408 | 150.00 |
| 10/28 | Zelle Credit From Tax Planning Ref# 430000f02o9i | 155.00 |
| 10/28 | Zelle Credit From Tax Planning Ref# 430200c0ldqi | 450.00 |
| 10/30 | Zelle Credit From Tax Planning Ref# 430300i0liql | 100.00 |
| 10/31 | Zelle Credit From Tax Planning Ref# 430500p0jwc6 | 500.00 |
| 11/01 | Zelle Credit From Tax Planning Ref# 430600o06632 | 100.00 |
| 11/04 | Zelle Credit From Tax Planning Ref# 430700f0iyd8 | 150.00 |
| 11/04 | Zelle Credit From Tax Planning Ref# 430700b0g8pi | 100.00 |
| 11/04 | Zelle Credit From Tax Planning Ref# 430800m03tmu | 110.00 |
| 11/06 | Zelle Credit From Tax Planning Ref# 431100f06amv | 100.00 |
| 11/12 | Zelle Credit From Tax Planning Ref# 431400i045z4 | 150.00 |
| 11/13 | Zelle Credit From Tax Planning Ref# 431800o09f4i | 500.00 |
| 11/13 | Zelle Credit From Manuel Padil Ref# 431800f0kvdq | 657.47 |
| 11/19 | Zelle Credit From Tax Planning Ref# 432300a05ye5 | 1,000.00 |
| 11/19 | Zelle Credit From Javier Alfar Ref# 432400n0glo3 | 600.00 |
| 11/20 | Zelle Credit From Tax Planning Ref# 432500o03nh1 | 300.00 |
| | Total Deposits & Credits | $5,772.47 |

### WITHDRAWALS

| | | |
|---|---|---|
| 10/24 | Card Purchase Dollartree    5331 Plantation    FL 33323    4877 | 1.34 |
| 10/24 | PIN Purchase Walgreens Stor  5912 Doral        FL         4877 | 9.62 |
| 10/25 | Fpl Direct Debit Elec Pymt Herzori Garcia 7459727215 Webi | 541.59 |
| 10/25 | PIN Purchase Griffin U-Gas  5541 Davie        FL         4877 | 12.55 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2024 Regions Bank Member FDIC. All loans subject to credit approval.



Regions Bank
Weston
1501 Bonaventure Blvd.
Weston, FL 33326

VICTOR H PADILLA
DEBTOR IN POSSESSION ACCOUNT
CASE: 23-19725-PDR
14101 LURAY RD
SOUTHWEST RANCHES FL 33330-3634

**ACCOUNT #** ████████ **5177**

| | | |
|---|---|---|
| | | 092 |
| Cycle | | 12 |
| Enclosures | | 0 |
| Page | | 2 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 10/25 | PIN Purchase America S Dry   7216 Weston      FL      4877 | 11.43 |
| 10/28 | Card Purchase Ppdc Downtown D  7523 844-9997275   FL 33166    4877 | 2.69 |
| 10/28 | Card Purchase Tst* Shoma Baza  5812 Doral      FL 33178    4877 | 27.93 |
| 10/28 | Card Purchase Commercial Pay   7542 Palmetto Bay  FL 33157   4877 | 2.50 |
| 10/28 | Card Purchase Tst* Grazianos   5499 Weston      FL 33326    4877 | 36.54 |
| 10/28 | Card Purchase 7-11 Store 3481  7542 Fort Lauderda FL 33331    4877 | 12.00 |
| 10/28 | PIN Purchase Samsclub #6341    5300 Sunrise         4877 | 1.48 |
| 10/28 | Card Purchase Sephora Sawgras  5977 Sunrise     FL 33323    4877 | 82.39 |
| 10/28 | PIN Purchase Bath and Body   5999 Sunrise    FL      4877 | 53.13 |
| 10/28 | Card Purchase Forever21 1800   5621 Sunrise    FL 33323    4877 | 33.15 |
| 10/28 | Card Purchase Pollo Tropical   5814 Sunrise     FL 33323    4877 | 11.01 |
| 10/28 | Card Purchase Subway 35010     5814 Cooper City  FL 33330    4877 | 6.45 |
| 10/28 | PIN Purchase Griffin U-Gas     5541 Davie      FL      4877 | 18.53 |
| 10/28 | Iof - Foresters  Foresters Victor Padilla | 327.26 |
| 10/28 | PIN Purchase 7-Eleven        5541 Weston        4877 | 2.56 |
| 10/28 | Zelle Debit to Edgar  Urdan Ref# 430200a00muo | 150.00 |
| 10/29 | Card Purchase Smh Cashiers of  8099 Coral Gables  FL 33143    4877 | 5.00 |
| 10/29 | PIN Purchase Griffin U-Gas     5541 Davie      FL      4877 | 32.78 |
| 10/30 | Card Purchase Sba Loan Paymen  9399 303-844-2084   CO 80202    4877 | 25.00 |
| 10/31 | Card Purchase Griffin U-Gas    5541 Davie      FL 33330    4877 | 30.66 |
| 10/31 | Card Purchase Foot Ankle & Le  8011 Weston      FL 33326    4877 | 10.00 |
| 10/31 | Card Purchase LA Pequena Colo  5812 954-3499070   FL 33326    4877 | 31.49 |
| 10/31 | PIN Purchase Griffin U-Gas     5541 Davie      FL      4877 | 15.28 |
| 10/31 | Zelle Debit to Clara Tambur Ref# 430500l0eq6x | 200.00 |
| 11/01 | PIN Purchase Griffin U-Gas     5541 Davie      FL      4877 | 44.55 |
| 11/01 | PIN Purchase Griffin U-Gas     5541 Davie      FL      4877 | 9.27 |
| 11/01 | Zelle Debit to Clara Tambur Ref# 430600m0kmcy | 265.00 |
| 11/01 | PIN Purchase Griffin U-Gas     5541 Davie      FL      4877 | 40.66 |
| 11/04 | Card Purchase Tst*panna New L  5812 Weston      FL 33331    4877 | 34.28 |
| 11/04 | Card Purchase Chick-Fil-A #02  5814 Davie      FL 33331    4877 | 14.96 |
| 11/04 | PIN Purchase Aldi 77057        5411 Miramar    FL      4877 | 68.83 |
| 11/04 | PIN Purchase Ross Stores #1    5310 Cooper City      4877 | 31.00 |
| 11/04 | PIN Purchase Wal-Mart #1845    5411 Cooper City      4877 | 57.52 |
| 11/04 | PIN Purchase Ross Stores #1    5310 Cooper City      4877 | 62.53 |
| 11/04 | PIN Purchase Griffin U-Gas     5541 Davie      FL      4877 | 45.98 |
| 11/04 | PIN Purchase Walgreens Stor    5912 Doral      FL      4877 | 17.84 |
| 11/04 | PIN Purchase Walgreens Stor    5912 Doral      FL      4877 | 9.62 |
| 11/05 | Card Purchase Fresh Kitchen-D  5812 Davie      FL 33328    4877 | 14.12 |
| 11/05 | Card Purchase Nahuen Doral     5812 Doral      FL 33178    4877 | 36.13 |
| 11/05 | Card Purchase Nahuen Doral     5812 Doral      FL 33178    4877 | 9.62 |
| 11/06 | Zelle Debit to Clara Tambur Ref# 431100c0lkz5 | 25.00 |
| 11/06 | PIN Purchase Walgreens Stor    5912 Doral      FL      4877 | 9.62 |
| 11/07 | PIN Purchase Griffin U-Gas     5541 Davie      FL      4877 | 52.03 |
| 11/12 | Card Purchase Sq *El Gallo Ta  5812 Southwest Ran FL 33331    4877 | 22.50 |
| 11/12 | Card Purchase Chipotle 0838    5814 Weston      FL 33331    4877 | 43.76 |
| 11/12 | Card Purchase 7-11 Store 3481  7542 Fort Lauderda FL 33331    4877 | 12.00 |
| 11/12 | Card Purchase Sq *Bilbao Gard  0780 Southwest Ran FL 33330    4877 | 6.90 |
| 11/12 | PIN Purchase Griffin U-Gas     5541 Davie      FL      4877 | 19.96 |
| 11/12 | PIN Purchase Griffin U-Gas     5541 Davie      FL      4877 | 35.97 |
| 11/12 | PIN Purchase Griffin U-Gas     5542 Davie      FL      4877 | 19.08 |
| 11/13 | Card Purchase Tst* Grazianos   5499 Weston      FL 33326    4877 | 3.65 |
| 11/13 | PIN Purchase Griffin U-Gas     5541 Davie      FL      4877 | 9.27 |
| 11/14 | PIN Purchase Sunshine 128      5542 Miami        4877 | 55.25 |
| 11/14 | PIN Purchase Sunshine 128      5541 Miami        4877 | 10.69 |

**REGIONS**

Regions Bank
Weston
1501 Bonaventure Blvd.
Weston, FL 33326

VICTOR H PADILLA
DEBTOR IN POSSESSION ACCOUNT
CASE: 23-19725-PDR
14101 LURAY RD
SOUTHWEST RANCHES FL 33330-3634

**ACCOUNT #** ██████5177

|  |  |
|---|---|
| | 092 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 3 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 11/14 | PIN Purchase Griffin U-Gas   5541 Davie       FL       4877 | 19.96 |
| 11/15 | Recurring Card Transaction Disney Plus      4899 888-9057888   CA 91521    4877 | 12.47 |
| 11/18 | Card Purchase Meat Club Marke  5411 Doral      FL 33178    4877 | 310.20 |
| 11/18 | Card Purchase Tst* Grazianos  5499 Weston    FL 33326    4877 | 85.38 |
| 11/18 | Recurring Card Transaction Eqt* Aetna Cvs  6300 844-3657373   CT 06156    4877 | 10.84 |
| 11/18 | Card Purchase Tst* Grazianos  5499 Weston    FL 33326    4877 | 22.34 |
| 11/18 | Card Purchase Sq *Joyfull FL  5499 Weston     FL 33326    4877 | 16.37 |
| 11/18 | Card Purchase Sq *Joyfull FL  5499 Weston     FL 33326    4877 | 15.44 |
| 11/18 | PIN Purchase Publix Super M  5411 Weston    FL       4877 | 46.87 |
| 11/18 | PIN Purchase The Home Depot  5200 Davie      FL       4877 | 12.80 |
| 11/18 | Card Purchase Chick-Fil-A #02  5814 Davie       FL 33331   4877 | 12.51 |
| 11/18 | PIN Purchase Publix Super M  5411 Davie       FL       4877 | 106.40 |
| 11/18 | Zelle Debit to Daniele  Lei Ref# 432200f08fl0 | 20.00 |
| 11/18 | Card Purchase Sq *Los Roques  5812 Doral      FL 33187   4877 | 18.30 |
| 11/18 | Card Purchase Sq *Los Roques  5812 Doral      FL 33187   4877 | 26.68 |
| 11/18 | PIN Purchase The Fresh Mark  5411 Doral      FL       4877 | 7.28 |
| 11/18 | PIN Purchase Griffin U-Gas   5541 Davie       FL       4877 | 29.22 |
| 11/19 | Card Purchase Tst*bonsai Sush  5812 Doral      FL 33178   4877 | 23.94 |
| 11/19 | Card Purchase Salon Canton Re  5812 305-6400666   FL 33172   4877 | 90.87 |
| 11/19 | Card Purchase Stjude Events   8398 800-8226344   TN 38105   4877 | 20.00 |
| 11/19 | PIN Purchase Kent Kwik 963   5541 Southwest Ranfl       4877 | 4.16 |
| 11/20 | Card Purchase Nahuen Doral   5812 Doral      FL 33178   4877 | 3.41 |
| 11/20 | Fpl Direct Debit Elec Pymt Herzori Garcia 7459727215 Webi | 524.99 |
| 11/20 | Fpl Direct Debit Elec Pymt Herzori Garcia 1840190142 Webi | 667.34 |
| 11/20 | PIN Purchase 7-Eleven        5541 Weston          4877 | 11.96 |
| | Total Withdrawals | $4,901.68 |

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 11/20 | | 600.00 | 11/20 | | 144.08 |
| | | | | Total Checks | $744.08 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/24 | 650.92 | 11/01 | 63.04 | 11/13 | 1,168.34 |
| 10/25 | 85.35 | 11/04 | 80.48 | 11/14 | 1,082.44 |
| 10/28 | 72.73 | 11/05 | 20.61 | 11/15 | 1,069.97 |
| 10/29 | 34.95 | 11/06 | 85.99 | 11/18 | 329.34 |
| 10/30 | 109.95 | 11/07 | 33.96 | 11/19 | 1,790.37 |
| 10/31 | 322.52 | 11/12 | 23.79 | 11/20 | 138.59 |

**REGIONS**

Regions Bank
Weston
1501 Bonaventure Blvd.
Weston, FL 33326

VICTOR H PADILLA
DEBTOR IN POSSESSION ACCOUNT
CASE: 23-19725-PDR
14101 LURAY RD
SOUTHWEST RANCHES FL 33330-3634

**ACCOUNT #** ▮▮▮▮▮ **5177**

|  |  |
|---|---|
| | 092 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 4 of 5 |

**WHETHER YOU'RE LOOKING FOR A
BLACK FRIDAY DEAL OR THE PERFECT GIFT
FOR A LOVED ONE, A FEW TIPS CAN SAVE YOU
FROM BECOMING A VICTIM OF AN ONLINE
SHOPPING SCAM. FIND OUT MORE AT
DOINGMORETODAY.COM/FRAUD-PREVENTION.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.